IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD LAMBERT, | ) | NO. CIV S-05-718 GEB KJM |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| MONACO COACH CORPORATION AND WORKHORSE CUSTOM CHASSIS, LLC, | ) | |
| Defendants. | ) | |

On April 15, 2005, Defendant Monaco Coach Corporation filed a motion to dismiss claims in Plaintiff's complaint and a motion for a more definite statement.  Plaintiff filed an amended complaint on May 13, 2005.  Since Defendant challenges a complaint which has been superseded by the amended complaint, Defendant's motions are deemed withdrawn.  See Hal Roach Studios, Inc. v. Richard Feiner and Co., Inc., 896 F.2d 1542, 1546 (9th Cir. 1989) (stating an amended complaint supersedes the prior complaint).

IT IS SO ORDERED.

Dated: May 16, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge