IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD LAMBERT,<br><br>               Plaintiff,<br><br>    v.<br><br>MONACO COACH CORPORATION and<br>WORKHORSE CUSTOM CHASSIS, LLC.,<br><br>               Defendants. | 2:05-cv-0718-GEB-KJM<br><br><u>DISMISSAL WITHOUT PREJUDICE</u> |

The Notice of Settlement filed July 7, 2005, states that "[a] Stipulation and Order will be forthcoming." (Notice of Settlement at 1.) Since it was represented over a year ago that this action settled, this action is dismissed without prejudice.

IT IS SO ORDERED.

Dated: September 27, 2006

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge

1